IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP J. PAPA | : | CIVIL ACTION |
| | : | NO. 12-03241 |
| v. | : | |
| | : | |
| CHESTER COUNTY PRISON, | : | |
| WARDEN MCFADDEN | : | |
| DIRECTOR JACK HEALY and | : | |
| JACK CRANS | : | |
| | : | |
| | : | |

## **ORDER**

AND NOW this 26th day of September 2012, upon consideration of plaintiff's Motion To Request Transfer to a State Facility and defendants' Answer thereto, it is ORDERED that the motion is DENIED.

*Thomas N. O'Neill /s/*
THOMAS N. O'NEILL, JR., J.
