IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILLIP J. PAPA | : | CIVIL ACTION |
| | : | |
| | : | NO. 12-03241 |
| v. | : | |
| | : | |
| CHESTER COUNTY PRISON, | : | |
| WARDEN MCFADDEN, | : | |
| DIRECTOR JACK HEALY and | : | |
| JACK CRANS | : | |
| | : | |
| | : | |

## **ORDER**

AND NOW this 31st day of January, 2013, upon consideration of the motion for summary judgment brought by defendants Chester County Prison, Warden D. Edward McFadden, Director Jack Healy and Jack Crans (Dkt. No. 17) and plaintiff Phillip Papa's response thereto (Dkt. No. 19) it is ORDERED that defendants' motion is GRANTED and judgment is ENTERED in favor of defendants and against Phillip J. Papa.

                                                  _/s/ Thomas N. O'Neill_
                                                  THOMAS N. O'NEILL, JR., J.